**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., <br><br> Petitioner, <br><br> v. <br><br> CRESCENT CITY PICTURES, INC. AND CHARM CITY PICTURES, INC., <br><br> Respondents. | No. CV 08-3894 PA (Ex) <br><br> JUDGMENT |

In accordance with the Court's order granting plaintiff Writers Guild of America, West, Inc.'s ("Petitioner") petition to confirm arbitration award entered on August 25, 2008,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Opinion and Award issued by Louis Zigman on May 1, 2007, is confirmed in all respects;

2. Respondents Crescent City Pictures, Inc. and Charm City Pictures, Inc. ("Respondents"), jointly and severally, shall immediately pay residuals compensation to Petitioner in the amount of $71,959.80 plus past due interest in the amount of $73,499.20 (calculated as of April 13, 2007) plus continuing interest at the rate of 1.5% per month on the principal sum of $71,959.80 from April 13, 2007 until paid in full;

3. Respondents shall furnish to Petitioner the financial statements required to be produced by the Writers Guild of America 1995 Theatrical and Television Basic Agreement

(the "MBA") in connection with the motion picture "The Fanatics" a/k/a "Fumbleheads" (the "Financial Statements") within thirty (30) days after service of this Judgment on Respondents;

    4.    Respondents, jointly and severally, shall pay any and all residuals compensation and accrued interest shown to be due and owing pursuant to the Financial Statements;

    5.    Respondents, jointly and severally, shall immediately pay damages to Petitioner in the amount of $7,500 for Respondents' previous failure to furnish the Financial Statements;

    6.    Petitioner is assigned the right to receive all monies owed to Respondents, jointly and severally, by any third party, including, but not limited to, any licensee, transferee, or successor in interest, subject to any prior perfected security agreement in favor of a third party, until the residuals and all interest accrued thereon are paid in full;

    7.    Petitioner shall advance payment of 100% of the arbitrator's and court reporter's fees;

    8.    Respondents, jointly and severally, shall immediately reimburse Petitioner for 50% of the arbitrator's and court reporter's fees; and

    9.    Respondents, jointly and severally, shall immediately pay Petitioner's attorneys' fees in the amount of $1,500.00 and costs of $350.00.

DATED: January 26, 2009

                                                      Percy Anderson  
                                                UNITED STATES DISTRICT JUDGE